David N. Bruce Pro Hac Vice
Sarah Gohmann Bigelow Pro Hac Vice
Miles A. Yanick Pro Hac Vice
SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101
Telephone: (206) 749-0500
Facsimile: (206) 749-0600
Email: dbruce@sbwllp.com
sgohmannbigelow@sbwllp.com
myanick@sbwllp.com

William C. Hahesy #105743
LAW OFFICES OF WILLIAM C. HAHESY
225 West Shaw Avenue, Suite 105
Fresno, CA 93704
Telephone: (559) 579-1230
Facsimile: (559) 579-1231
Email: bill@hahesylaw.com

Attorneys for Defendant DELANO FARMS COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ISIDRO PANIAGUA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC.; KERN AG LABOR MANAGEMENT, INC.; LA VINA CONTRACTING, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:16-CV-00907-DAD-JLT<br><br>**NOTICE OF ENTRY OF ORDERS** |

**NOTICE IS HEREBY GIVEN** that on July 22, 2016, the Court entered the following Orders:

1. Pro Hac Vice Application, EFC Registration and Consent to Electronic Service, and Order (Sarah Gohmann Bigelow), a true copy of which is attached hereto as Exhibit A.

2. Pro Hac Vice Application, EFC Registration and Consent to Electronic Service, and Order (David N. Bruce), a true copy of which is attached hereto as Exhibit B.

3. Pro Hac Vice Application, EFC Registration and Consent to Electronic Service, and Order (James Savitt), a true copy of which is attached hereto as Exhibit C.

4. Pro Hac Vice Application, EFC Registration and Consent to Electronic Service, and Order (Miles Yanick), a true copy of which is attached hereto as Exhibit D.

DATED: July 22, 2016

By: ______________________
William C. Hahesy
Attorneys for Defendant
DELANO FARMS COMPANY

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

ISIDRO PANIAGUA individually, and on behalf of all others similarly situated,

Case No. 1:16-cv-00907-DAD-JLT

Plaintiff,

v.

DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC., KERN AG LABOR MANAGEMENT, INC., LA VINA CONTRACTING, INC. and DOES 1 through 10, inclusive,

Defendant(s).

I, Sarah Gohmann Bigelow, attorney for Defendant Delano Farms Company, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name: Savitt Bruce & Willey LLP

Address: 1425 Fourth Avenue, Suite 800

City: Seattle

State: Washington ZIP Code: 98101

Voice Phone: (206) 749-0500

FAX Phone: (206) 749-0600

Internet E-mail: sgohmannbigelow@sbwllp.com

Additional E-mail: N/A

Residential Address: 133 NE 52nd Street

Seattle, WA 98105

I was admitted to practice in the Courts of the State of Washington (court) on May 31, 2011 (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☑ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: William C. Hahesy

Firm Name: Law Offices of William C. Hahesy

Address: 225 W. Shaw Avenue, Suite 105

City: Fresno

State: California ZIP Code: 93704

Voice Phone: (559) 579-1230

FAX Phone: (559) 579-1231

E-mail: bill@hahesylaw.com

Dated: 7/18/16 Petitioner: ____________________

**ORDER**

IT IS SO ORDERED.

Dated: **July 22, 2016**

**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

ISIDRO PANIAGUA individually, and on behalf of all others similarly situated,

Plaintiff,

v.

DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC., KERN AG LABOR MANAGEMENT, INC., LA VINA CONTRACTING, INC. and DOES 1 through 10, inclusive,

Defendant(s).

Case No. 1:16-cv-00907-DAD-JLT

I, David N. Bruce,

attorney for Defendant Delano Farms Company,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name: Savitt Bruce & Willey LLP

Address: 1425 Fourth Avenue, Suite 800

City: Seattle

State: Washington ZIP Code: 98101

Voice Phone: (206) 749-0500

FAX Phone: (206) 749-0600

Internet E-mail: dbruce@sbwllp.com

Additional E-mail: N/A

Residential Address: 400 Harborview Drive SE

Bainbridge Island, WA 98110

I was admitted to practice in the Courts of the State of Washington (court) on November 4, 1985 (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☑ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: William C. Hahesy

Firm Name: Law Offices of William C. Hahesy

Address: 225 W. Shaw Avenue, Suite 105

City: Fresno

State: California ZIP Code: 93704

Voice Phone: (559) 579-1230

FAX Phone: (559) 579-1231

E-mail: bill@hahesylaw.com

Dated: 7/18/16 Petitioner: ______________________

**ORDER**

IT IS SO ORDERED.

Dated: **July 22, 2016**

**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

ISIDRO PANIAGUA individually, and on behalf of all others similarly situated,

Case No. 1:16-cv-00907-DAD-JLT

Plaintiff,

v.

DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC., KERN AG LABOR MANAGEMENT, INC., LA VINA CONTRACTING, INC. and DOES 1 through 10, inclusive,

Defendant(s).

I, James Savitt,

attorney for Defendant Delano Farms Company,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name: Savitt Bruce & Willey LLP

Address: 1425 Fourth Avenue, Suite 800

City: Seattle

State: Washington ZIP Code: 98101

Voice Phone: (206) 749-0500

FAX Phone: (206) 749-0600

Internet E-mail: jsavitt@sbwllp.com

Additional E-mail: N/A

Residential Address: 1223 Spring Street

Seattle, WA 98104

I was admitted to practice in the Courts of the State of Washington (court) on June 2, 1987 (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☑ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: William C. Hahesy

Firm Name: Law Offices of William C. Hahesy

Address: 225 W. Shaw Avenue, Suite 105

City: Fresno

State: California ZIP Code: 93704

Voice Phone: (559) 579-1230

FAX Phone: (559) 579-1231

E-mail: bill@hahesylaw.com

Dated: 7/18/16 Petitioner: ____________________

**ORDER**

IT IS SO ORDERED.

Dated: **July 22, 2016**

**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

ISIDRO PANIAGUA individually, and on behalf of all others similarly situated,

Plaintiff,

v.

DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC., KERN AG LABOR MANAGEMENT, INC., LA VINA CONTRACTING, INC. and DOES 1 through 10, inclusive,

Defendant(s).

Case No. 1:16-cv-00907-DAD-JLT

I, Miles A. Yanick,

attorney for Defendant Delano Farms Company,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Savitt Bruce & Willey LLP |
| Address: | 1425 Fourth Avenue, Suite 800 |
| City: | Seattle |
| State: | Washington ZIP Code: 98101 |
| Voice Phone: | (206) 749-0500 |
| FAX Phone: | (206) 749-0600 |
| Internet E-mail: | myanick@sbwllp.com |

Additional E-mail: N/A

Residential Address: 1913 N 48th Street

Seattle, WA 98119

I was admitted to practice in the Courts of the State of Washington (court) on December 2, 1996 (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☑ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

________________________________________

________________________________________

________________________________________

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: William C. Hahesy

Firm Name: Law Offices of William C. Hahesy

Address: 225 W. Shaw Avenue, Suite 105

City: Fresno

State: California ZIP Code: 93704

Voice Phone: (559) 579-1230

FAX Phone: (559) 579-1231

E-mail: bill@hahesylaw.com

Dated: 7/18/16 Petitioner: ________________

**ORDER**

IT IS SO ORDERED.

Dated: **July 22, 2016**

**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

My business address is 225 W. Shaw Avenue, Suite 105, Fresno, California 93704. I am employed in Fresno County, California. I am over the age of 18 years and am not a party to this case.

On the date indicated below, I served the foregoing document(s) described as **NOTICE OF ENTRY OF ORDERS** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED

X (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business, at Fresno, California.

___ (BY PERSONAL SERVICE) I caused delivery of such envelope(s), by hand, to the office(s) of the addressee(s).

___ (BY ELECTRONIC MAIL) I caused such documents to be scanned into PDF format and sent via electronic mail to the electronic mail address(es) of the addressee(s) designated.

___ (BY FACSIMILE) I caused the above-referenced document to be delivered by facsimile to the facsimile number(s) of the addressee(s).

___ (BY OVERNIGHT COURIER) I caused the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the addressee(s).

EXECUTED on July 22, 2016, at Fresno, California.

___ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X (FEDERAL) I declare that I am employed in this office of a member of the bar of this court at whose direction this service was made.

____________________________
Joni Stuart

William C. Callaham, Esq.
Law Office of Wilcoxen Callaham, LLP
2114 K Street
Sacramento, CA 95816
Email: wcallaham@wilcoxenlaw.com

Gregory J. Ramirez
Allen R. Ball
Law Office of Ball & Yorke
1001 Partridge Drive, Suite 330
Ventura, CA 93003
Email: gramirez@ballandyorkelaw.com

D. Greg Durbin
Laura A. Wolfe
McCormick Barstow, LLP
7647 N. Fresno Street
Fresno, CA 93720
Email: greg.durbin@mccormickbarstow.com