David N. Bruce, Pro Hac Vice
James P. Savitt, Pro Hac Vice
Miles A. Yanick, Pro Hac Vice
Sarah Gohmann Bigelow, Pro Hac Vice
**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101
Telephone: (206) 749-0500

William C. Hahesy, State Bar No. 105743
**LAW OFFICES OF WILLIAM C. HAHESY**
225 West Shaw Avenue, Suite 105
Fresno, CA 93704
Telephone: (559) 579-1230
Facsimile: (559) 579-1231

Attorneys for Defendant DELANO FARMS COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| ISIDRO PANIAGUA individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC., KERN AG LABOR MANAGEMENT, INC., LA VINA CONTRACTING, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | No.: 1:16-cv-00907-DAD-JLT<br><br>**DELANO FARMS COMPANY'S ANSWER AND DEFENSES TO CLASS ACTION COMPLAINT FOR DAMAGES** |

Defendant Delano Farms Company ("Delano Farms") answers the allegation of the Class Action Complaint for Damages ("Complaint") of Plaintiff Isidro Paniagua ("Paniagua") as follows, in paragraphs numbered to correspond with the Complaint. All allegations not expressly admitted are denied.

**DEMAND FOR JURY TRIAL**

Plaintiff's demand for jury trial does not require a responsive pleading.

**JURISDICTION AND VENUE**

1. Delano Farms admits that the Court has subject-matter jurisdiction over this matter. The allegations in this paragraph are otherwise denied.

2. Delano Farms admits that the Complaint alleges actions as having taken place in the Eastern District of California but denies those factual allegations. The allegations in this paragraph are otherwise denied.

3. Delano Farms admits that the Complaint alleges actions as having taken place in Tulare County and Kern County, California but denies those factual allegations. The allegations in this paragraph are otherwise denied.

**NATURE OF THE CASE**

4. Delano Farms admits that it is in the business of growing and harvesting table grapes in Kern and Tulare Counties and that Plaintiff has filed a complaint making the allegations stated therein. To the extent the allegations in this paragraph concern other parties, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them. The allegations in this paragraph are otherwise denied.

**PARTIES**

5. Delano Farms lacks knowledge or information sufficient to answer the allegations regarding Plaintiff's residence. Delano Farms denies that there are class members and that any class as described in this paragraph should be certified and therefore denies the allegations regarding the alleged class members. Delano Farms otherwise denies the allegations in this paragraph.

6. Delano Farms lacks knowledge or information sufficient to answer the allegations regarding Plaintiff's status but denies that Plaintiff was an employee of Delano Farms. Delano Farms denies that there are class members and that any class as described in this paragraph



SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

should be certified and therefore denies the allegations regarding the alleged class members. Delano Farms otherwise denies the allegations in this paragraph.

7. Delano Farms admits that it owns and operates vineyards and packing facilities located in Kern County and/or Tulare County, California. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them. The allegations in this paragraph are otherwise denied.

8. Admitted.

9. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

10. The allegations in this paragraph are directed at other defendants and therefore do not require a responsive pleading from Delano Farms. To the extent that a responsive pleading is required, Delano Farms lacks knowledge or information sufficient to answer and otherwise denies the allegations in this paragraph.

11. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

12. The allegations in this paragraph are directed at other defendants and therefore do not require a responsive pleading from Delano Farms. To the extent that a responsive pleading is required, Delano Farms lacks knowledge or information sufficient to answer and otherwise denies the allegations in this paragraph.

13. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or



SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

information sufficient to answer and otherwise denies them.

14. The allegations in this paragraph are directed at other defendants and therefore do not require a responsive pleading from Delano Farms. To the extent that a responsive pleading is required, Delano Farms lacks knowledge or information sufficient to answer and otherwise denies the allegations in this paragraph.

15. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

16. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

17. The allegations in this paragraph do not require a responsive pleading. To the extent a responsive pleading is required, Delano Farms lacks knowledge or information sufficient to answer and otherwise denies these allegations.

18. Delano Farms admits that it has been engaged, during the relevant time period, in the business of cultivating, harvesting, packing, and shipping table grapes and that it has contracted with some of the other defendants to provide labor in connection with that work. The allegations in this paragraph are otherwise denied.

19. Denied.

20. Denied.

## FACTUAL BACKGROUND

21. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other parties, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.



SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

22. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

23. Delano Farms lacks knowledge or information sufficient to answer the allegations in this paragraph and otherwise denies them.

24. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

25. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

26. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

## CLASS ACTION ALLEGATIONS

27. To the extent the allegations in this paragraph concern the nature of Plaintiff's complaint, they do not require a responsive pleading. This paragraph otherwise contains conclusory argument to which a responsive pleading is either not required or not possible. To the extent that such allegations require a responsive pleading, Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.



SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

28. The allegations in this paragraph do not require a responsive pleading. To the extent the allegations in this paragraph require a responsive pleading, they are denied.

**A. Numerosity**

29. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

30. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

31. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

32. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

**B. Commonality**

33. To the extent the allegations in this paragraph, including subparts (a)–(h) concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

**C. Typicality**

34. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not



SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

**D. Adequacy of Representation**

35. Denied.

**E. Superiority of Class Action**

36. This paragraph contains conclusory argument to which a responsive pleading is either not required or not possible. To the extent that such allegations require a responsive pleading, Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

37. This paragraph contains conclusory argument to which a responsive pleading is either not required or not possible. To the extent that such allegations require a responsive pleading, Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

**FACTS**

38. Delano Farms admits that it has owned and operated agricultural land located in or near Kern and Tulare Counties, California to cultivate table grapes for sale in California and other states and that it has contracted with various entities in connection with the harvesting, packing, and shipping of those grapes. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them. The allegations in this paragraph are otherwise denied.

39. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

40. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not



SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

41. Delano Farms lacks knowledge or information sufficient to answer the allegations in this paragraph and otherwise denies them.

42. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

43. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

44. Delano Farms denies the allegations in this paragraph to the extent that they purport to summarize the applicable law or the various defendants' legal obligations. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

45. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

**FIRST CAUSE OF ACTION**

**VIOLATION OF MIGRANT AND SEASONAL AGRICULTURAL WORKER PROTECTION ACT (29 U.S.C. § 1801, ET SEQ.)**

46. Delano Farms incorporates its responses to every allegation in the Complaint as if set forth fully herein.



SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

47. To the extent the allegations in this paragraph, including subparts (a)–(d) concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

**SECOND CAUSE OF ACTION**

**FAILURE TO PAY WAGES**

48. Delano Farms incorporates its responses to every allegation in the Complaint as if set forth fully herein.

49. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

50. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

51. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

**THIRD CAUSE OF ACTION**

**FAILURE TO COMPENSATE FOR REST BREAKS PURSUANT TO LABOR CODE §226.7 AND WAGE ORDER 14-2001 (8 C.C.R. § 11140)**

52. Delano Farms incorporates its responses to every allegation in the Complaint as if set forth fully herein.

53. Delano Farms denies the allegations in this paragraph to the extent that they purport to summarize the applicable law or the various defendants' legal obligations. Delano



SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Farms further denies the factual allegations in this paragraph to the extent they concern Delano Farms. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

54. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

55. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

## FOURTH CAUSE OF ACTION

## FAILURE TO KEEP ACCURATE INFORMATION AND TO PROVIDE ACCURATE STATEMENTS OF ALL HOURS WORKED AND WAGES EARNED IN VIOLATION OF CALIFORNIA LABOR CODE §226 AND IWC WAGE ORDER 14-2001

56. Delano Farms incorporates its responses to every allegation in the Complaint as if set forth fully herein.

57. Delano Farms denies the allegations in this paragraph to the extent that they purport to summarize the applicable law or the various defendants' legal obligations. Delano Farms further denies the factual allegations in this paragraph to the extent they concern Delano Farms. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

58. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or



SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

information sufficient to answer and otherwise denies them.

59. Delano Farms denies the allegations in this paragraph to the extent that they purport to summarize the applicable law or the various defendants' legal obligations. The allegations in this paragraph are otherwise denied.

60. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

**FIFTH CAUSE OF ACTION**

**WAITING TIME PENALTIES UNDER LABOR CODE §203**

61. Delano Farms incorporates its responses to every allegation in the Complaint as if set forth fully herein.

62. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

63. Delano Farms denies the allegations in this paragraph to the extent that they purport to summarize the applicable law or the various defendants' legal obligations. Delano Farms further denies the factual allegations in this paragraph insofar as they concern Delano Farms. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

64. Delano Farms denies the allegations in this paragraph to the extent that they purport to summarize the applicable law or the various defendants' legal obligations. Delano Farms further denies the factual allegations in this paragraph to the extent they concern Delano Farms. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or



SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

information sufficient to answer and otherwise denies them.

**SIXTH CAUSE OF ACTION**

**UNFAIR COMPETITION PURSUANT TO BUSINESS & PROFESSIONS CODE §17200**

65. Delano Farms incorporates its responses to every allegation in the Complaint as if set forth fully herein.

66. Delano Farms denies the allegations in this paragraph to the extent that they purport to summarize the applicable law. To the extent the allegations in this paragraph concern Plaintiff, Delano Farms lacks knowledge or information sufficient to answer them.

67. Delano Farms denies the allegations in this paragraph to the extent that they purport to summarize the applicable law or the various defendants' legal obligations. The allegations in this paragraph are otherwise denied.

68. Delano Farms denies the allegations in this paragraph to the extent that they purport to summarize the applicable law or the various defendants' legal obligations. The allegations in this paragraph are otherwise denied.

69. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

70. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

71. To the extent the allegations in this paragraph concern Delano Farms, they are denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

72. To the extent the allegations in this paragraph concern Delano Farms, they are



SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

denied. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

73. To the extent the allegations in this paragraph concern Delano Farms, they are denied. Delano Farms further denies that Plaintiff is entitled to the relief identified in this paragraph. To the extent the allegations in this paragraph concern other defendants, they do not require a responsive pleading from Delano Farms, and Delano Farms lacks knowledge or information sufficient to answer and otherwise denies them.

**RESPONSE TO PLAINTIFF'S RELIEF REQUESTED**

Delano Farms denies that Plaintiff is entitled to the relief requested as set forth in paragraphs 1−12 of the Complaint.

**ADDITIONAL DEFENSES**

Delano Farms pleads the following affirmative or other defenses to Plaintiff's claims, on behalf of himself and the putative members of the purported class as set forth in the Complaint:

1. The Complaint fails to allege facts sufficient to constitute a cause of action against Delano Farms and thus fails to state a claim on which relief can be granted.

2. Plaintiff's claims are barred, or limited, by the applicable statutes of limitations.

3. The safe-harbor provisions of California Labor Code Section 226.2(b) bar or limit Plaintiff's claims.

4. One or more of Plaintiff's claims cannot and should not be maintained as a class-action because they fail to meet the necessary requirements for class certification including ascertainability, typicality, commonality, numerosity, manageability, superiority, and adequacy of the class representative.

5. At all times, Delano Farms acted in good faith and with reasonable grounds for believing it had not violated California or federal law. In addition, to the extent that a good-faith dispute exists, any claims for penalties are precluded.

6. Plaintiff's claims are barred, in whole or in part, under the doctrines of waiver,



SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

laches, estoppel, ratification, acquiescence, justification, consent, unjust enrichment, and/or unclean hands.

7. Any damages that Plaintiff or putative class members could recover must be eliminated or reduced by their failure to mitigate damages.

8. Plaintiff's claims allege violations that are, in whole or in part, *de minimis*.

9. Plaintiff's claims seeking the imposition of multiple penalties and/or liquidated damages for the same basic wrongs are unconstitutional in that such relief violates the United States and California constitutions, including the Fifth, Eighth, and Fourteenth Amendment to the United States Constitution and the due process and excessive fine provisions of the California Constitution.

10. Plaintiff is not entitled to have matters of law tried to a jury, and Plaintiff's demand for a jury trial should be so limited.

11. Plaintiff's claims for penalties against Delano Farms are barred, in whole or in part, because any failure to comply with the applicable California and federal law was not knowing and intentional, and Delano Farms did not willfully fail to pay any wages owed.

12. Plaintiff and the putative class members are not entitled to recover equitable relief because they have an adequate remedy at law.

13. Plaintiff's claims against unnamed "Doe" defendants must be dismissed because Plaintiffs have failed to identify and serve those purported defendants in a timely manner.

Delano Farms lacks sufficient knowledge or information upon which to form a belief as to whether they may have additional, as yet unstated, defenses available. Delano Farms reserves the right to assert additional defenses in the event discovery indicates that such defenses are appropriate.

**RELIEF REQUESTED**

WHEREFORE, Delano Farms prays as follows:

A. That the Complaint and each cause of action therein be dismissed with prejudice;

B. That the Plaintiff and the putative class take nothing by way of the Complaint; and



SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

C. That Delano Farms be awarded attorney fees allowed by statute under the facts as established at trial or otherwise.

D. That the Court order such other and further relief for Delano Farms as this Court deems just and proper under the facts as established at trial or otherwise.

RESPECTFULLY SUBMITTED: August 16, 2016.

SAVITT BRUCE & WILLEY LLP

By: /s/ *David N. Bruce*
David N. Bruce, WSBA #15237 (pro hac vice)
James P. Savitt, WSBA #16847 (pro hac vice)
Miles A. Yanick, WSBA #26603 (pro hac vice)
Sarah Gohmann Bigelow, WSBA #43634 (pro hac vice)

LAW OFFICES OF WILLIAM C. HAHESY
William C. Hahesy, State Bar No. 105743

Attorneys for Delano Farms Company

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 16, 2016 the following document:

- **DELANO FARMS COMPANY'S ANSWER TO CLASS ACTION COMPLAINT FOR DAMAGES**

was served via U.S. Mail on the following:

Mario Martinez
Thomas P. Lynch
Anna K. Walther
MARTINEZ AGUILASOCHO & LYNCH
P.O. Box 11208
Bakersfield, Ca. 93389-1208
*Attorneys for Plaintiffs*

Gregory J. Ramirez
Allen Ball
Joseph Jones
LAW OFFICE OF BALL & YORKE
1001 Partridge Drive, Suite 330
Ventura, CA 93003
*Attorneys for Plaintiffs*

William C. Callaham
WILCOXEN CALLAHAM, LLP
2114 K St
Sacramento, CA 95816
*Attorneys for Plaintiffs*

Craig Neville
Agent for Service of Process
La Vina Contracting, Inc.
31931 Woolomes
Delano, CA 93215
*Defendant*

DATED this 16th day of August, 2016.

Ashlee Hooten
Ashlee Hooten



SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500