David N. Bruce, Pro Hac Vice
James P. Savitt, Pro Hac Vice
Miles A. Yanick, Pro Hac Vice
Sarah Gohmann Bigelow, Pro Hac Vice
**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101
Telephone: (206) 749-0500

William C. Hahesy, State Bar No. 105743
**LAW OFFICES OF WILLIAM C. HAHESY**
225 West Shaw Avenue, Suite 105
Fresno, CA 93704
Telephone: (559) 579-1230
Facsimile: (559) 579-1231

Attorneys for Defendant DELANO FARMS COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| ISIDRO PANIAGUA individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC., KERN AG LABOR MANAGEMENT, INC., LA VINA CONTRACTING, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | NO. 1:16-cv-00907-DAD-JLT<br><br>**STIPULATION AND ORDER REGARDING MODIFICATION OF SCHEDULING ORDER** |

Having met and conferred, the Parties hereby submit that good cause exists to modify the Court's Order Setting Mandatory Scheduling Conference (ECF No. 5), as required by Federal Rule of Civil Procedure 16(b)(4). On August 24, 2016, the Parties mediated and are now in the process of preparing a stipulation of settlement.

The Parties hereby stipulate as follows:

1. The scheduling conference on September 26, 2016, is hereby stricken, along with the deadline for submitting a joint scheduling report.

2. The Parties have reached a tentative settlement in this case and in the matter of *Arredondo et al. v. Delano Farms Co. et al.* (Case No. 1:09-cv-01247-MJS) ("Arredondo"). The Parties are working on a joint stipulation of settlement that is anticipated to address this case as well as the *Arredondo* case; the Parties expect that further proceedings concerning approval of the global settlement will occur in the *Arredondo* case at the conclusion of which, this case will be dismissed. Subject to the Court's approval, the Parties propose to report to this Court on their progress in a telephonic status conference, to take place within ninety days from entry of this order.

SO STIPULATED:

**SAVITT BRUCE & WILLEY LLP**

By *<u>/s/ David N. Bruce (as authorized on 9/9/2016)</u>*
David N. Bruce, *Pro Hac Vice*
Miles A. Yanick, *Pro Hac Vice*

Attorneys for Delano Farms Company

**MCCORMICK BARSTOW LLP**

By *<u>/s/ D. Greg Durbin (as authorized on 9/8/2016)</u>*
D. Greg Durbin, State Bar No. 81749
Laura A. Wolfe, State Bar No. 266751

Attorneys for Cal-Pacific Farm Management, L.P., Kern Ag Labor Management, Inc., and T&R Bangi's Agricultural Services, Inc.

**LAW OFFICES OF WILLIAM C. HAHESY**

By *<u>/s/ William C. Hahesy (as authorized on 9/9/2016)</u>*
William C. Hahesy, State Bar No. 105743

Attorney for Delano Farms Company

**MARTINEZ AGUILASOCHO & LYNCH**

By *<u>/s/ Mario Martinez (as authorized on 9/9/2016)</u>*
Mario Martinez, State Bar No. 200721
Thomas Patrick Lynch, State Bar No.159277

Attorneys for Plaintiffs



**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## II. ORDER

IT IS SO ORDERED.

DATED: ____________________

_________________________________
UNITED STATES MAGISTRATE JUDGE



SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 9, 2016 the following document:

- **STIPULATION AND ORDER REGARDING MODIFICATION OF SCHEDULING ORDER**

was served via U.S. Mail on the following:

Mario Martinez
Thomas P. Lynch
Anna K. Walther
MARTINEZ AGUILASOCHO & LYNCH
P.O. Box 11208
Bakersfield, Ca. 93389-1208
*Attorneys for Plaintiffs*

Gregory J. Ramirez
Allen Ball
Joseph Jones
LAW OFFICE OF BALL & YORKE
1001 Partridge Drive, Suite 330
Ventura, CA 93003
*Attorneys for Plaintiffs*

William C. Callaham
WILCOXEN CALLAHAM, LLP
2114 K St
Sacramento, CA 95816
*Attorneys for Plaintiffs*

Craig Neville
Agent for Service of Process
La Vina Contracting, Inc.
31931 Woolomes
Delano, CA 93215
*Defendant*

DATED this 9th day of September, 2016.

Ashlee Hooten
Ashlee Hooten