David N. Bruce, Pro Hac Vice
James P. Savitt, Pro Hac Vice
Miles A. Yanick, Pro Hac Vice
Sarah Gohmann Bigelow, Pro Hac Vice
**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101
Telephone: (206) 749-0500

William C. Hahesy, State Bar No. 105743
**LAW OFFICES OF WILLIAM C. HAHESY**
225 West Shaw Avenue, Suite 105
Fresno, CA 93704
Telephone: (559) 579-1230
Facsimile: (559) 579-1231

Attorneys for Defendant DELANO FARMS COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| ISIDRO PANIAGUA individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC., KERN AG LABOR MANAGEMENT, INC., LA VINA CONTRACTING, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | NO.   1:16-cv-00907-DAD-JLT<br><br>**ORDER VACATING SCHEDULING CONFERENCE AND SETTING STATUS CONFERENCE**<br><br>**(Doc. 24)** |

Having met and conferred, the Parties hereby submit that good cause exists to modify the Court's Order Setting Mandatory Scheduling Conference (ECF No. 5), as required by Federal Rule of Civil Procedure 16(b)(4). On August 24, 2016, the Parties mediated and are now in the process of preparing a stipulation of settlement.

STIPULATION AND ORDER RE MODIFICATION OF
SCHEDULING ORDER - 1
No. 1:16-cv-00907-DAD-JLT

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

The Parties hereby stipulate as follows:

1. The scheduling conference on September 26, 2016, is hereby stricken, along with the deadline for submitting a joint scheduling report.

2. The Parties have reached a tentative settlement in this case and in the matter of *Arredondo et al. v. Delano Farms Co. et al.* (Case No. 1:09-cv-01247-MJS) ("Arredondo"). The Parties are working on a joint stipulation of settlement that is anticipated to address this case as well as the *Arredondo* case; the Parties expect that further proceedings concerning approval of the global settlement will occur in the *Arredondo* case at the conclusion of which, this case will be dismissed. Subject to the Court's approval, the Parties propose to report to this Court on their progress in a telephonic status conference, to take place within ninety days from entry of this order.

SO STIPULATED:

| | |
|---|---|
| **SAVITT BRUCE & WILLEY LLP** | **MCCORMICK BARSTOW LLP** |
| By /s/ *David N. Bruce (as authorized on 9/9/2016)*<br>   David N. Bruce, *Pro Hac Vice*<br>   Miles A. Yanick, *Pro Hac Vice* | By /s/ *D. Greg Durbin (as authorized on 9/8/2016)*<br>   D. Greg Durbin, State Bar No. 81749<br>   Laura A. Wolfe, State Bar No. 266751 |
| Attorneys for Delano Farms Company | Attorneys for Cal-Pacific Farm Management, L.P., Kern Ag Labor Management, Inc., and T&R Bangi's Agricultural Services, Inc. |
| **LAW OFFICES OF WILLIAM C. HAHESY** | **MARTINEZ AGUILASOCHO & LYNCH** |
| By */s/ William C. Hahesy (as authorized on 9/9/2016)*<br>   William C. Hahesy, State Bar No. 105743 | By */s/ Mario Martinez (as authorized on 9/9/2016)*<br>   Mario Martinez, State Bar No. 200721<br>   Thomas Patrick Lynch, State Bar No.159277 |
| Attorney for Delano Farms Company | Attorneys for Plaintiffs |

STIPULATION AND ORDER RE MODIFICATION OF SCHEDULING ORDER - 2
No. 1:16-cv-00907-DAD-JLT

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**ORDER**

Based upon the foregoing, the Court **ORDERS**:

1. The scheduling conference is **VACATED**;

2. The Court sets a status conference re: settlement on **December 2, 2016** at 8:30 a.m. at the United States Courthouse, located at 510 19th Street, Bakersfield, CA. Appearances via CourtCall are authorized;

3. **No later than November 23, 2016**, counsel **SHALL** file a joint report setting forth the status of the efforts to resolve this matter.  **Counsel are advised that the Court expects that the plaintiff will file the motion for preliminary approval of the class settlement no later than 30 days from the status conference if, indeed, it will settle.** Counsel **SHALL** use all efforts to posture this case to meet that deadline.

IT IS SO ORDERED.

Dated:   **September 9, 2016**                    **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE