UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| ISIDRO PANIAGUA individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC., KERN AG LABOR MANAGEMENT, INC., LA VINA CONTRACTING, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | NO.   1:16-cv-00907-DAD-JLT<br><br>**STIPULATED DISMISSAL OF LA VINA CONTRACTING, INC. AND ORDER TRANSFERRING CASE FOR PURPOSES OF SETTLEMENT**<br><br>**(Doc. 30)** |

The named parties, except for La Vina Contracting, Inc. ("La Vina"), have negotiated the terms for settlement of both this matter ("*Paniagua*") and the matter of *Arredondo et al. v. Delano Farms Co. et al.* (Case No. 1:09-cv-01247-MJS) ("*Arredondo*") and are preparing a stipulation of settlement for preliminary approval ("Settlement"). For the sole purpose of effectuating the Settlement, the undersigned hereby stipulate as follows:

1.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), La Vina shall be dismissed from the *Paniagua* action without prejudice and without an award of attorneys' fees or costs to any party. The undersigned stipulate that any applicable statute of limitations to the claims asserted

STIPULATED DISMISSAL OF LA VINA
AND ORDER TRANSFERRING CASE - 1
No. 1:16-cv-00907-DAD-JLT

in the *Paniagua* Complaint against the parties represented by the undersigned counsel (ECF No. 2) shall be deemed tolled from the date of the filing of the *Paniagua* action until the Settlement Agreement is terminated, fails to become effective or actually becomes effective. Should the Settlement Agreement fail to become effective for any reason, the parties may resume their litigation positions that existed as of August 24, 2016.

  2. *Paniagua* is related to the *Arredondo* action under Local Court Rule 123(a)(4), and this Court may enter an order transferring *Paniagua* to Magistrate Judge Michael J. Seng because "it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges."

  3. The parties also have executed and filed a consent to have Magistrate Judge Seng conduct all further proceedings in *Paniagua*, to take effect once this order is executed and La Vina is dismissed from *Paniagua* and the *Paniagua* case is transferred.

  4. In light of the filing of Plaintiffs' Motion for Certification and Preliminary Approval of the Joint Stipulation of Settlement of Class Actions in the *Arredondo* action, the parties request that the Court strike the status conference re: settlement on December 2, 2016, and the November 23, 2016 deadline for filing a joint report.

  SO STIPULATED:

| SAVITT BRUCE & WILLEY LLP | MCCORMICK BARSTOW LLP |
|---|---|
| By /s/ *David N. Bruce (as authorized on 11/18/2016)*<br> David N. Bruce, *Pro Hac Vice*<br> Miles A. Yanick, *Pro Hac Vice* | By /s/ *D. Greg Durbin (as authorized on 11/18/2016)*<br> D. Greg Durbin, State Bar No. 81749<br> Laura A. Wolfe, State Bar No. 266751 |
| Attorneys for Delano Farms Company | Attorneys for Cal-Pacific Farm Management, L.P., Kern Ag Labor Management, Inc., and T&R Bangi's Agricultural Services, Inc. |

| | |
|---|---|
| **LAW OFFICES OF WILLIAM C. HAHESY** | **MARTINEZ AGUILASOCHO & LYNCH** |
| By */s/ William C. Hahesy (as authorized on 11/18/2016)*<br>    William C. Hahesy, State Bar No. 105743 | By */s/ Mario Martinez (as authorized on 11/18/2016)*<br>    Mario Martinez, State Bar No. 200721<br>    Thomas Patrick Lynch, State Bar No.159277 |
| Attorney for Delano Farms Company | Attorneys for Plaintiff |

STIPULATED DISMISSAL OF LA VINA
AND ORDER TRANSFERRING CASE - 3
No. 1:16-cv-00907-DAD-JLT

# ORDER

Based upon the stipulation of counsel to resolve this case at the same time as the related case and in light of Judge Seng's extensive involvement facilitating that settlement, the Court **ORDERS**:

1. The case is reassigned to Judge Seng and it is renumbered 16:cv-00907 DAD MJS[1].

IT IS SO ORDERED.

Dated:   **November 21, 2016**          /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court leaves it to Judge Seng to determine whether the status conference (Doc. 25) should remain on calendar. Likewise, Judge Seng will determine the stipulation for dismissal.

CERTIFICATE OF SERVICE
No. 1:16-cv-00907-DAD-JLT

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500